ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

      - v. -                              :

CARLOS VIZCAINO,                   :

      Defendant.                    :

- - - - - - - - - - - - - - - x

**JUDGE KARAS**

NOTICE OF INTENT TO
FILE AN INFORMATION

**05CRIM. 470**

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          April 19, 2005

                            DAVID N. KELLEY
                            United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 27 2005

By: _____
     Benjamin Gruenstein
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     Robert Dunn, Esq.
     Attorney for Carlos Vizcaino

4/27/05 WHEEL A