```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,      :

        - v. -                 :      05 Cr. ___ (KMK)

CARLOS VIZCAINO,               :
                                      05CRIM. 470
             Defendant.        :

- - - - - - - - - - - - - - - x
```

**JUDGE KARAS**

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841, and 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: APR 27 2005]

_____
Defendant
Carlos VIZCAINO

_____
Witness
Helen Lewis

_____
Counsel for Defendant
Robert DUNN

Date:   New York, New York
        April 29, 2005

0202