UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      -v.-   : INFORMATION

CARLOS VIZCAINO,   : 05 Cr. _____ (KMK)

      Defendant.

- - - - - - - - - - - - - - - - - x



**05CRIM. 470**

## COUNT ONE

The United States Attorney charges:

1.  In or about June 2004, in the Southern District of New York and elsewhere, CARLOS VIZCAINO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that CARLOS VIZCAINO, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute, and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a) and 841(b)(1)(A).

**JUDGE KARAS**

OVERT ACT

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about June 17, 2004, CARLOS VIZCAINO, the defendant, and a co-conspirator not named herein as a defendant ("CC-1") sold cocaine to a confidential informant working for the Drug Enforcement Administration in the Bronx, New York.

(Title 21, United States Code, Section 846.)

COUNT TWO

The United States Attorney further charges:

4. On or about June 17, 2004, in the Southern District of New York and elsewhere, CARLOS VIZCAINO, the defendant, and others known and unknown, unlawfully, intentionally and knowingly did distribute, and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(A).)

_____
DAVID N. KELLEY
United States Attorney

2