UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 5/26/05

UNITED STATES OF AMERICA

-V-

CARLOS VIZCAINO

DEFENDANT.

Case 05 CR 470

ORDER APPOINTING COUNSEL

KENNETH M. KARAS, District Judge:

The Court hereby ORDERS that the Clerk of the Court appoint substitute counsel for the defendant under the Criminal Justice Act. The Court has scheduled the next status conference for June 3, 2005 at 10:00am in Courtroom 21D.

SO ORDERED.

Dated:   May 25, 2005
         New York, New York

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE