```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/10/01
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

                                      ORDER SUBSTITUTING COUNSEL
                                      05-CR-470 (KMK)

-v-

CARLOS VIZCAINO

                  Defendant.

-------------------------------------------------------X

KENNETH M. KARAS, U.S. DISTRICT JUDGE:

       The C.J.A. attorney assigned to this case Robert Dunn, Esq. is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to Edward Wilford, Esq. The next status conference in this matter is scheduled for June 8, 2005 at 4:45pm.

                                                    SO ORDERED.

                                                    _____
                                                    UNITED STATES DISTRICT JUDGE

Dated:  New York, New York
           June 3, 2005