UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          -v.-                    :        PRIOR FELONY INFORMATION

CARLOS VIZCAINO,                  :        S1 05 Cr. 470 (KMK)

          Defendant.             :

- - - - - - - - - - - - - - - x

          The United States Attorney charges:

          1.    On or about August 13, 1993, in the United States
District Court for the Eastern District of New York, CARLOS
VIZCAINO, the defendant, was convicted of conspiracy to
distribute and possess with intent to distribute a controlled
substance, a felony.

          Accordingly, CARLOS VIZCAINO, the defendant, is subject
to the enhanced penalties of Title 21, United States Code,
Sections 812, 841(a), 841(b)(1)(A), (B) and (C), and 846.

          (Title 21, United States Code, Section 851.)

                                   _____
                                   MICHAEL J. GARCIA
                                   United States Attorney