UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    -v.-                          :    <u>PRIOR FELONY INFORMATION</u>

CARLOS VIZCAINO,                  :    S1 05 Cr. 470 (KMK)

           Defendant.          :

- - - - - - - - - - - - - - - - x

    The United States Attorney charges:

    1.  On or about August 13, 1993, in the United States District Court for the Eastern District of New York, CARLOS VIZCAINO, the defendant, was convicted of conspiracy to distribute and possess with intent to distribute a controlled substance, a felony.

    Accordingly, CARLOS VIZCAINO, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1)(A), (B) and (C), and 846.

    (Title 21, United States Code, Section 851.)

                                 */s/ Michael J. Garcia*
                                  MICHAEL J. GARCIA
                                  United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 0 2006