```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

        - v. -                   :     S1 05 Cr. 470 (KMK)

CARLOS VIZCAINO,
                                 :
                Defendant.
                                 :
- - - - - - - - - - - - - - - - x
```

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846 and Title 8, United States Code, Section 1326(a) and (b)(2), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
      ~~December 9, 2005~~
      March 10, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2006
```

0202